UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED AVERBACH, ) | Case No. CV 09-3906-RC |
| Plaintiff, ) | |
| vs. ) | JUDGMENT |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

IT IS ADJUDGED that Judgment shall be entered awarding both Title II and SSI disability benefits to plaintiff pursuant to 42 U.S.C. §§ 423, 1382(a).

DATED:  August 6, 2010          /S/ ROSALYN M. CHAPMAN
                                ROSALYN M. CHAPMAN
                                UNITED STATES MAGISTRATE JUDGE

R&R-MDO\09-3906.jud
8/6/10