Suzanne C. Leidner
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA 90027
Tel: (323) 664-5670
Fax:(323)662-0840
State Bar of California #090387

Attorney for Plaintiff
FRED AVERBACH

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| FRED AVERBACH | ) | CASE NO.: CV 09 3906 RC |
| | ) | |
| Plaintiff | ) | [~~Proposed~~] Order Awarding EAJA Fees |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that based upon the parties Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded attorney fees under EAJA in the amount of THIRTY-SEVEN HUNDRED AND FIFTY DOLLARS and 00/cents ($3,750.00), as authorized by 28 U.S.C. 2412(d), and subject to the terms of the above-referenced Stipulation.

DATED: November _22, 2010

/S/ Rosalyn M. Chapman
ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE